UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gordon et al.,

              Plaintiffs,

       v.

Ostin Technology Group Co., Ltd. et al.,

              Defendants.

26-CV-1288 (DEH)

**ORDER REGARDING
NOTICE TO
PURPORTED PLAINTIFF
CLASS MEMBERS**

DALE E. HO, United States District Judge:

On February 17, 2026, Plaintiffs filed a putative class action on behalf of "on behalf of a class of all investors who purchased or otherwise acquired OST ordinary shares on the Nasdaq Stock Market (the "Nasdaq") between May 11, 2025, and June 26, 2025, inclusive." Dkt. No. 1. ("Compl."), ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, as well as under 18 U.S. Code § 1964.

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

It is hereby ORDERED that **no later than March 10, 2026**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

SO ORDERED.

Dated: February 17, 2026
New York, New York

_____
DALE E. HO
United States District Judge