UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILAY GORDON et al.,

|                                  |   26-CV-1288 (DEH) |

Plaintiffs,

FLAVIO ALAZRAKI et al.,

Movants,

MANJIT GUPTA et al.,

Movants,

OKAN BOKE et al.,

Movants,

v.

BITDEER TECHNOLOGIES GROUP, et al.,

Defendants.

**26-CV-1288 (DEH)**

**ORDER SETTING
HEARING AND
BRIEFING SCHEDULE
REGARDING
APPOINTMENT OF
LEAD PLAINTIFF**

DALE E. HO, United States District Judge:

On February 16, 2026, Plaintiff filed a putative class action on behalf of "all investors who purchased or otherwise OST ordinary shares on the Nasdaq Stock Market (the "Nasdaq") between May 11, 2025, and June 26, 2025, inclusive." Dkt. No. 1. ("Compl."), ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

Plaintiff published the required notice advising members of the purported class on February 16, 2026. ECF No. 4. Motions to appoint lead plaintiff were due on April 17, 2026. Three such motions were filed, one on behalf of Flavio Alazraki et al., a second on behalf of Dr. Manjit Gupta et al., and a third on behalf of Okan Boke et al. ECF Nos. 12, 17, 20.

It is hereby ORDERED that counsel for the moving parties appear for a conference with the Court on **May 21, 2026** at **10:00 a.m.** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

In advance of the May 21, 2026 hearing, the Parties are **ORDERED** to file any opposition to a motion for appointment of lead counsel, if any, on or before May 7, 2026.  This briefing shall be in the form of a letter not to exceed eight single-spaced pages.  Any letter in reply, not to exceed four single-spaced pages, must be filed on or before May 14, 2026.

Defendant Ostin Technology Group Co., Ltd.'s deadline to move, answer, or otherwise respond to the complaint is adjourned until after the Court appoints a lead plaintiff.  Ostin and the appointed lead plaintiff shall, within 14 days after the Court appoints a lead plaintiff, submit to the Court a proposed schedule for an amended complaint (if any) and for briefing Ostin's anticipated motion to dismiss.  The Clerk of Court is respectfully directed to terminate ECF No 11.

SO ORDERED.

Dated:  April 20, 2026
New York, New York

_____
DALE E. HO
United States District Judge