UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gordon et al., | |
| Plaintiffs, | 26-CV-1288 (DEH) |
| v. | ORDER |
| Ostin Technology Group et al., | |
| Defendants. | |

DALE E. HO, United States District Judge:

Due to an unforeseen scheduling conflict, the lead plaintiff hearing scheduled for May 21, 2026 at 10:00am will instead take place at **3:00 p.m.** in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

Dated: May 7, 2026
New York, New York

_____
DALE E. HO
United States District Judge